193 So. 185

## Mary SHERRILL v. T. W. NAYLOR.

### 8 Div. 22.

Supreme Court of Alabama.

Nov. 23, 1939.

Rehearing Denied Jan. 18, 1940.

John W. Sherrill, Jr., Russell W. Lynne, and S. A. Lynne, all of Decatur, for petitioner.

E. W. Godbey, of Decatur, opposed.

BOULDIN, Justice.

Petition of Mary Sherrill for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Sherrill v. Naylor, 193 So. 182.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.